UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA SABEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHERYN BUTTERFIELD, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-10957-PBS |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of the undersigned as an attorney for defendants Katheryn Butterfield, Carolyn Kalvinek, Bonnie Arruda, Aaron Griffin, and Candice Gemski in the above-entitled action.

          Defendants,

          KATHERYN BUTTERFIELD, CAROLYN KALVINEK, BONNIE ARRUDA, AARON GRIFFIN, and CANDICE GEMSKI,

          By their Attorneys,

          ANDREA JOY CAMPBELL
          ATTORNEY GENERAL

          */s/ John L. Potapchuk*
          John L. Potapchuk, BBO# 699027
          Assistant Attorney General
          Government Bureau/Trial Division
          One Ashburton Place, 18th Floor
          Boston, MA 02108
          (617) 963-2441
Date:  November 26, 2024          john.potapchuk@mass.gov

## **CERTIFICATE OF SERVICE**

  I, John L. Potapchuk, Assistant Attorney General, hereby certify that I have this day, November 26, 2024, caused a copy of this document to be filed via the Court's ECF system, which provides for service on all registered parties.

                */s/ John L. Potapchuk*
                John L. Potapchuk
                Assistant Attorney General