**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                               )
JOSHUA SABEY, SARAH PERKINS,   )
JOSHUA SABEY and SARAH PERKINS )
on behalf of C.S. 1 and C.S. 2,)
minors,                        )
                               )
               Plaintiffs,     )
                               )
v.                             )
                               )         Civil Action
KATHERYN BUTTERFIELD, AARON    )         No. 23-cv-10957-PBS
GRIFFIN, CAROLYN KALVINEK,     )
BONNIE ARUDA, ANTHONY          )
SCICHILONE, RICHARD COUTURE,   )
ELIAS MAKRIGIANIS, STEFANO VISCO, )
KEVIN O'CONNELL, and CANDICE   )
GEMSKI,                        )
                               )
               Defendants.     )
_____)
```

## ORDER OF ADMINISTRATIVE STAY/CLOSING

Saris, D.J.

It is hereby **ORDERED** that the above-captioned case is administratively stayed/closed pending resolution of Katheryn Butterfield and Candice Gemski's interlocutory appeal, see Dkt. 276, without prejudice to the right of any party to restore the case to the active docket following resolution of that appeal. Within ten days after the resolution of the appeal, the parties shall file a status report with the Court.

Robert Farrell, Clerk

/s/ Clarilde Karasek
Deputy Clerk

1