**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:        Sabey, et al v. Butterfield, et al

District Court Number:    23cv10957-PBS

Fee:    Paid?  Yes __X__  No _____  Government filer _____  *In Forma Pauperis* Yes _____  No _____

Motions Pending        Yes _____ No __X__          Sealed documents     Yes __X__ No _____
*If yes, document #*  _____          *If yes, document #*    33,200,209,210,219,229,248

*Ex parte* documents   Yes _____ No __X__          Transcripts         Yes _____ No __X__
*If yes, document #*  _____          *If yes, document #*    _____

Notice of Appeal filed by: Plaintiff/Petitioner _____    Defendant/Respondent __X__  Other: _____

Appeal from:

## #272 Memorandum and Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #272, #276, and #278
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # ___276___ filed on ___April 13, 2026___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___April 15, 2026___.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**